IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT



No. 05-13188-C

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

SEP 9 2005

THOMAS K. KAHN
CLERK

EDGAR SEARCY,

Plaintiff-Appellant,

versus

MICROSOFT CORPORATION,
UNKNOWN INDIVIDUALS INVOLVED IN THE CREATION OF
SPECIFIC MICROSOFT SOFTWARE, et al.,

Defendants-Appellees.

Appeal from the United States District Court for the
Middle District of Florida

ENTRY OF DISMISSAL

Pursuant to the 11th Cir.R.42-1(b), this appeal is hereby dismissed for want of prosecution

because the appellant has failed to pay the full $250 docketing and $5 filing fees ($255) (or file a

CONSENT FORM authorizing such payment from the appellant's prison account pursuant 28

U.S.C. §1915) to the clerk of the district court within the time fixed by the rules, effective this

9th day of September, 2005.

THOMAS K. KAHN
Clerk of the United States Court
of Appeals for the Eleventh Circuit


By: Sheran P. Taylor
Deputy Clerk

FOR THE COURT - BY DIRECTION

A True Copy
Attested:
Clerk U.S. Court of Appeals, Eleventh Circuit

By: _____
Deputy Clerk Atlanta, GA

# United States Court of Appeals
### Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia  30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

September 09, 2005

Sheryl L. Loesch
Clerk, U.S. District Court
207 NW 2ND ST RM 337
OCALA  FL  34475-6666

**Appeal Number: 05-13188-C**
Case Style: Edgar Searcy v. Microsoft Corporation
District Court Number:  04-00570 CV-OC-10-GRJ

The enclosed certified copy of the Clerk's Entry of Dismissal for failure to prosecute in the above referenced appeal is issued as the mandate of this court.

Please acknowledge receipt by returning the enclosed copy of this letter.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Sheran Taylor (404) 335-6182

Encl.

plradism (03-2004)